UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 26 P 1: 15

| | |
|---|---|
| SRVM, INC. | ) C.A. NO. _____ |
|     Plaintiff | ) |
| v. | ) |
| INTERNATIONAL COMMODITY MANAGEMENT, INC.; GLOBAL MARINE MANAGEMENT, INC.; PACIFIC RIM CORPORATION; PACIFIC SUPREME SEAFOODS, LLC; BORIS ALKHAZOF, individually; TROND RINGSTAD, individually; and FRANK NELSON, individually | ) |
|     Defendants | ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff, by its undersigned counsel, submits this corporate disclosure statement. SRVM, Inc. states that it is a Massachusetts business corporation, it has no parent corporations, and no publicly held company owns 10% or more of its outstanding stock.

Plaintiff, SRVM, INC.,

By Its Attorneys,
BEAUREGARD, BURKE & FRANCO

_____
PHILIP N. BEAUREGARD, BBO # 034870
TIMOUR ZOUBAIDOULLINE, BBO # 656212
32 William Street, New Bedford, MA 02740
Tel. No.: 508-993-0333

Dated: October 25, 2004

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

1