UNITED STATES DISTRICT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV12256-DPW

SRVM, INC.,
    Plaintiff

v.

INTERNATIONAL COMMODITY MANAGEMENT, INC.,
GLOBAL MARINE MANAGEMENT, INC., PACIFIC RIM
CORPORATION, PACIFIC SUPREME SEAFOODS, LLC,
BORIS ALKHAZOF, Individually, TROND RINGSTAND,
Individually, and FRANK NELSON, Individually,
    Defendants

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a), Plaintiff SRVM, Inc. hereby files notice of voluntary dismissal of this action without prejudice. No answer or motion for summary judgment has been filed by Defendants.

    Plaintiff SVRM, INC.,
    By its Attorneys,

    LAW OFFICES OF
    BEAUREGARD, BURKE & FRANCO

    _____
    PHILIP N. BEAUREGARD BBO#034780
    TIMOUR ZOUBAIDOULLINE BBO#656212
    32 William Street
    P.O. Box 952
    New Bedford, MA 02741
    Tel. No. (508) 993-0333

Dated: November 19, 2004